James N. Procter II – State Bar No. 96589
Lisa N. Shyer – State Bar No. 195238
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone: (805) 278-0920
Facsimile: (805) 278-0289
Email: lshyer@wps-law.net

Attorneys for Defendants,
CITY OF OXNARD, OXNARD POLICE DEPARTMENT, POLICE CHIEF JERI WILLIAMS, MICHAEL GENS, YVONNE NEGRETE, MATHEW CLARK, RYAN LOCKNER AND BRETT SMITH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

SHIRLEY ARLETTE BARRERA,

Plaintiff,

vs.

CITY OF OXNARD; OXNARD POLICE DEPARTMENT; OXNARD POLICE CHIEF JERI WILLIAMS; MICHAEL GENS, BRETT SMITH, YVONNE NEGRETE; MATHEW CLARK; RYAN LOCKNER; GOLD COAST AMBULANCE SERVICE; RYAN P. ANDERSON; JACOB A. MODGLIN; and DOES 1 through 10,

Defendants.

CASE NO. CV13-06113-DMG (PJWx)

Hon. Dolly M. Gee, District Judge
Hon. Patrick J. Walsh, Magistrate Judge

**STIPULATED VOLUNTARY DISMISSAL, WITH PREJUDICE**

[FRCP 41(a)(1)]

Plaintiff, Shirley Arlette Barrera, by and through her attorney of record, and Defendants, City of Oxnard, Oxnard Police Department, Police Chief Jeri Williams, Michael Gens, Yvonne Negrete, Mathew Clark, Ryan Lockner, Brett Smith, Gold Coast Ambulance Service, Ryan P. Anderson and Jacob A. Modglin, through their attorneys of record, hereby stipulate to dismiss unconditionally the complaint in its entirety, with prejudice, including each and every cause of action and type of damage

therein pled or which might have been pled, in this or any court, in accordance with Federal Rules of Civil Procedure, Rule 41(a)(1).

The parties agree, as evidenced by the signatures of their attorneys below, that the Court may immediately enter this stipulation of dismissal in the court records as binding.

**IT IS SO STIPULATED.**

Law Offices of Mark R. Pachowicz

Dated: October __, 2014

Mark R. Pachowicz
Attorney for Plaintiff,
SHIRLEY ARLETTE BARRERA

DATED: October 20, 2014

WISOTSKY, PROCTER & SHYER

By: ______________________
Lisa N. Shyer
Attorneys for Defendants,
CITY OF OXNARD, OXNARD POLICE DEPARTMENT, POLICE CHIEF JERI WILLIAMS, MICHAEL GENS, YVONNE NEGRETE, MATHEW CLARK, RYAN LOCKNER AND BRETT SMITH

Phillip Hack & Associates

Dated: October___, 2014

Phillip L. Hack, Esq.
Attorney for Defendants,
GOLD COAST AMBULANCE SERVICE, RYAN P. ANDERSON AND JACOB A. MODGLIN

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920

therein pled or which might have been pled, in this or any court, in accordance with Federal Rules of Civil Procedure, Rule 41(a)(1).

The parties agree, as evidenced by the signatures of their attorneys below, that the Court may immediately enter this stipulation of dismissal in the court records as binding.

**IT IS SO STIPULATED.**

Law Offices of Mark R. Pachowicz

Dated: October 22, 2014

Mark R. Pachowicz
Attorney for Plaintiff,
SHIRLEY ARLETTE BARRERA

DATED: October 21, 2014

WISOTSKY, PROCTER & SHYER

By: ______________________
Lisa N. Shyer
Attorneys for Defendants,
CITY OF OXNARD, OXNARD POLICE DEPARTMENT, POLICE CHIEF JERI WILLIAMS, MICHAEL GENS, YVONNE NEGRETE, MATHEW CLARK, RYAN LOCKNER AND BRETT SMITH

Phillip Hack & Associates

Dated: October 22, 2014

Phillip L. Hack, Esq.
Attorney for Defendants,
GOLD COAST AMBULANCE SERVICE, RYAN P. ANDERSON AND JACOB A. MODGLIN

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920